**Order entered May 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00126-CV

### SHEIK TEHUTI, Appellant

### V.

### TRANS-ATLAS FINANCIAL, INC., Appellee

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-13-06496-C**

## ORDER

Appellant's brief was due on Monday, May 5, 2014. The Court received appellant's pro se brief on May 12, 2014. The following day, appellant filed a motion for an extension of time to file a brief. In his motion, appellant states that he would like to find counsel to prepare a brief on his behalf. Appellant does not, however, indicate that he has already spoken with an attorney nor has he given any time period in which he intends to do this. Accordingly, we **DENY** appellant's motion without prejudice to appellant filing a motion to file an amended brief.

On the Court's own motion, we **ORDER** the brief tendered to this Court by appellant on May 12, 2014 filed as of the date of this order. Appellee's brief is due **thirty days** from the date of this order. *See* TEX. R. APP. P. 38.6(b).

/s/  ADA BROWN
    JUSTICE